NUMBER
13-05-689-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

LUIS DE LA CRUZ,                                                   Appellant,

 

                                           v.

 

MARIA G. DE LA CRUZ,                                             Appellee.

___________________________________________________________________

 

                 On
appeal from the 105th 
District Court

                           of
Nueces County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

        Before
Chief Justice Valdez and Justices Yañez and Garza

Memorandum
Opinion Per Curiam

 








Appellant, LUIS DE LA CRUZ,  perfected an appeal from a judgment entered
by the  105th District
Court of Nueces County, Texas, in cause number 05-1344-D.  The clerk=s record was received on November 4,
2005.  Pursuant to Tex. Gov=t
Code '51.207(b)(1) and ' 51.941(a)(1), a
filing fee in the amount of $125.00 is due upon the filing of an appeal.  To date, appellant has failed to pay the
filing fee.  

On November 21, 2005, pursuant to Tex. R. App. P. 42.3(c), notice was
given to appellant that he was delinquent in remitting this filing fee and
that, unless the filing fee was paid within ten days from the date of receipt
of this Court=s notice, this appeal
would be dismissed.   To date, appellant
has failed to respond to this Court=s notice.

The Court, having considered the documents on file and appellant=s failure to comply
with the rules, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

 

Memorandum Opinion
delivered and filed this

the 26th
day of January, 2006